AO 442 (Rev. 11/11) Arrest Warrant

FILED
OCT 19 2016
ARTHUR JOHNSTON
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

RECV USMS D43 15SEP'16

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Vincent Taylor McGee | ) | Case No.  3:16cr71WHB-LRA |
| (Wherever Found) | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant | | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Vincent Taylor McGee                        ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Ct. 1: Conspiracy to Possess With Intent to Distribute a Controlled Substance.
Ct. 2: Possess With Intent to Distribute a Controlled Substance. (Aiding & Abetting)

ARTHUR JOHNSTON, CLERK

Date:   09/07/2016

_____
*Issuing officer's signature*

City and state:   Jackson, MS

C. Louisville, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on (date) 09-15-2016, and the person was arrested on (date) 10-17-2016
at (city and state) Raymond, MS

Date: 10-17-2016

_____
*Arresting officer's signature*

S. Moore, Deputy U.S. Marshal
*Printed name and title*