IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA
v.                                                        CRIMINAL NO.   3:16cr71-WHB-LRA-004

VINCENT TAYLOR McGEE                                                           DEFENDANT

## EXHIBIT LIST

| DATE | NO. | DESCRIPTION | SPONSOR | ID | EVID |
|------|-----|-------------|---------|----|----|
| 10/20/16 | G-1 | Pretrial Services Report | | | X |